RECEIVED CLERK

AUG 0 4 2005

Name: Mr.Donald Eugene Phillips,ID#78497,N.D.O.C.  U.S. DISTRICT COURT
Address: P.O.Box#1989 Ely State Prison,Ely,Nevada 89301 U.S. DISTRICT COURT
Telephone: [775]687-5040

2005 AUG -9 P 12: 02

DISTRICT OF UTAH

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| Mr.Donald Eugene Phillips <br> (Full Name) <br> PLAINTIFF <br><br> vs. <br><br> Mr.Stephen A.Wynn,Of WYNN RESORTS <br> "ET AL" <br><br> WYNN RESOST'S,WYNN HOTEL & CASINO <br><br> 3145 South Las Vegas BLVD <br><br> Las Vegas,NV 89109 <br> DEFENDANTS | **CIVIL RIGHTS COMPLAINT** <br> (42 U.S.C §1983, §1985) <br><br> Judge Tena Campbell <br> DECK TYPE: Civil <br> DATE STAMP: 08/09/2005 @ 12:17:36 <br> CASE NUMBER: 2:05CV00666 TC |

## A. JURISDICTION

1.  Jurisdiction is proper in this court according to:

    a. __ 42 U.S.C. §1983
    b. __ 42 U.S.C. §1985
    c. XXX Other (Please Specify) Research Unavailable,I need legal counsel asst.

2.  NAME OF PLAINTIFF Donald Eugene Phillips
    IS A CITIZEN OF THE STATE OF  California,Santa Cruz, *Prior to prison*

    PRESENT MAILING ADDRESS: Donald E.Phillips,ID#78497
    P.O.Box#1989, E.S.P.,Ely,NV 89301

3.  NAME OF FIRST DEFENDANT Mr.Stephen A.Wynn
    IS A CITIZEN OF Las Vegas,Nevada
    (City and State)

    IS EMPLOYED AS C.E.O.,OWNER                at WYNN RESORT'S
    (Position and Title if Any)      (Organization)

    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES XXX NO___. If your answer is "YES" briefly explain.

    AGENT OF STATE OF NEVADA,CHIEF OF CONSPIRACY,Steve Vici,aka.Wynn Orchestrated A True Fraudulent,Conspiracy to have me Indicted on False Charge's thru Perjury,& Corruption of DA's[Abbi Silver]and Influenced the Judge John S.McGorarty,& PD's Dept.[Ralph E.Baker] too run me thru A KANGAROO COURT TRIAL PROCEEDINGS,too Fraudule- Convict me thru PERJURY,at the behest of him,& to cover for the Robbing,& Stealing of my share of A $100,000,000.Inheritance left too us by our father Julian Vici,Aka Mike Weinberg,approx 45 yrs ago!!!

4.  NAME OF SECOND DEFENDANT_____
    (If applicable) *SEE ATTACHED SHEET FOR INFO PERTAINING TO THE CO-CONSPIRATOR'S!!! *TITLED CO-CONSPIRATOR'S*
    IS A CITIZEN OF_____
    (City and State)

    IS EMPLOYED AS_____ at _____
    (Position and Title if Any)      (Organization)

    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES ___ NO ___. If your answer is "YES" briefly explain.

    _____
    _____
    _____

5.  NAME OF THIRD DEFENDANT_____
    (If applicable)

    IS A CITIZEN OF_____
    (City and State)

## ***LEGAL BRIEF***

***NOTE***

I am not officially charging these following Public Official's,& very powerful people with their involvement in the conspiracy to fraudulently charge me with crime's that was not committed,and to assist in the fraudulent conviction at my trial.But Im going to list their name's & involvement,aswell as what their GUILTY OF!!!

[1] Abbie Silver was the Chief DA,of my trial,& Indictment etc!!! Christopher Laurent was Silver's assistant.They both knew that I was truly Steve Vici,Aka,Wynn's half brother! Abbie Silver father Frank Silver has worked for Steve Wynn in his Casino's off & on for many many year's!!! Christopher Laurent hang's out in Steve's underground Night Club's!!!
Abbie Silver also took a campaign contribution from Steve Wynn during my court,& trial proceeding's,and for her Judgeship coffer! I believe the amount of the campaign contribution was $100,000!!!

GOD ONLY KNOW'S WHAT ABBIE SILVER & CHRISTOPHER LAURENT TOOK FROM STEVE WYNN UNDER THE TABLE TO FRAME ME,AT HIS BEHEST!!!

ABBIE SILVER MADE SURE THAT I WAS NOT GRANTED A DNA COMPARISON TEST WITH STEVE VICI,AKA.WYNN!!!*WHAT IS THE FAIR & JUST SOLUTION RESOLVEMENT TO TWO MEN ARGUEING OVER A INHERITANCE,& IN A CASE THAT ONE HAS THE CONTROL OF THE MONEY OF INHERITANCE,AND CLAIM'S TO NOT KNOW THE MAN CONTESTING THE WILL???*I WAS DEPENDING ON THE JUSTICE SYSTEM TO DO THE NORMAL,& JUST SOLUTION,& ORDER A DNA,BUT THE JUSTICE SYSTEM FELL ME,AND ABBIE MADE SURE OF THAT,HUH,WHY???

ABBIE SILVER PLAYED OFF MY LACK OF EDUCATION,FORMAL EDUCATION THAT IS,AND SHE PLAYED OFF MY NERVOUS CONDITION,& HIV MEDICAL COND-SHE & THE PD's DEEMED ME INCOMPETENT AND SENT ME TO LAKE'S CROSSING MENTAL EVALUATION CENTER,PLUS HAD ME PUT ON FORCED PSYCHE MEDICATION'S,THEY ALL TOLD ME THAT I WOULD NEVER LEAVE THE LAKE'S NOR GET TO TRIAL,IF I DID NOT GO ALONG WITH THE MEDICATION'S THAT THEY WANTED ME TO TAKE,SO I TOOK THEM FOR APPROX $1\frac{1}{2}$ YEARS,& DURING MY COURT & TRIAL PROCEEDING'S THAT TOOK TWO $\frac{1}{2}$ YEARS!!!UNTIL I BROKE DOWN & CHANGED MY TRUE NOT GUILTY DEFENSE,TOO NOT GUILTY BY REASON OF INSANITY,I ONLY CHANGED THE PLEA BECAUSE I COULD NOT TAKE THE ROUND AROUND NO MORE,40 to 50 TRIP'S TO & FROM COURT OVER THE TWO & HALF YEARS THAT THEY TOOK TO GET ME TO TRIAL,AND I WAS PROMISED FREEDOM BY THE PD'S IF I CHANGED MY DEFENSE TO NOT GUILTY BY REASON OF INSANITY!!!***IM SURE THE PSYCHE'S WAS ALL PAID OFF,OR INFLUENCED BY SILVER AT THE LEAST!!!ABBIE SILVER DID IN FACT PAY A CELEBRITY FORENSIC PSYCHOLOGIST,PH.D.,A.B.P.P..DR.J REID MELOY OVER $10,000 DOLLAR'S TO INTERVIEW ME & TWIST UP ALL I TOLD HIM,AND GET ON THE WITNESS STAND FOR 5 HR'S TOO LIE & DISCREDIT ME IN EVERY WAY POSSIBLE!!!J.REID MELOY IS OUT OF SAN DIEGO, CA,PHONE [858]488-0358.I HAVE J.REID MELOY'S REPORT AS EVIDENCE!!

ABBIE SILVER SUBPOENAED MY OUT OF STATE BANK,& THAT HER OUT OF STATE NEVADA SUBPOENA HAD NO JURISDICTION IN THE STATE OF CALIFOR-

ABBIE SILVER ALSO SUBPOENAED ONE OF MY HALF BROTHER'S,JAMES PHILLIPS,AND OPENNED UP OLD WOUND'S TO COME TESTIFY AGAINST ME!PLUS SHE TOLD JAMES THAT HE HAD TO,OR HE WOULD BE BREAKING THE LAW OF THE NEVADA SUBPOENA,THAT HAD NO JURISDICTION IN THE STATE OF TEXAS!!!

CONTINUED

***CO-CONSPIRATOR'S***

***LEGAL BRIEF***

ABBIE SILVER & MY PD'S WAS ADVISED BY JAMES PHILLIPS,AND HIS FAMILY THAT HE IN FACT DID NOT WANT TO COME TO NEVADA TO TESTIFY AGAINST ME!!!

ABBIE SILVER MANIPULATED THE NEWS MEDIA,& PRESS TO ONLY COVER HER SIDE OF THE STORY,AND MY SIDE OF THE CASE,& STORY HAS YET BEEN REVEALED TO THE PUBLIC!!!

ABBIE SILVER HAD MY PD'S TO TRICK ME INTO NOT TESTIFYING,AND SO THAT THE JUROR'S & PUBLIC WOULD NOT KNOW THE TRUE CIRCUMSTANCES OF THE CASE ETC!!!

ABBIE SILVER ALSO HAD THE JUDGE JOHN S.MCGORARTY,TOO GRANT A MOTION TO NOT ALLOW THE JUROR'S TO KNOW THAT A DNA COMPARISON TEST BETWEEN STEVE VICI,AKA,WYNN & I WAS NOT ORDERED BY THE COURT!!!?

ABBIE SILVER DID IN FACT CHANGE MY PAST CRIMINAL RECORD'S TRUE FACT'S TO PRESENT TO THE JUROR'S,& TO MAKE ME APPEAR AS BAD AS POSSIBLE,AND NONE OF MY PAST CRIMINAL ACT'S HAD ANY RELATIONSHIP TO THESE CHARGE'S!!!

ABBIE SILVER HAD THE JUDGE MCGORARTY TO GRANT A BAD ACT'S PRESENTATION BEFORE MY PRESENT CHARGE'S WAS EVEN HEARD BY THE JUROR'S!!

ABBIE SILVER HAD READ OFF 80 WITNESS'ES TO TESTIFY AGAINST ME,AND THAT I HAD NEVER HEARD OF,AT THE BEGINNING OF MY TRIAL TO PREJUDICE THE JUROR'S,AND ONLY HAD APPROX,15 to 20 COME TO TESTIFY AGAINST ME!!!***MOST WORKED FOR STEVE WYNN,& THE STATE OF NEVADA,CITY OF LAS VEGAS!!!***THE 4 to 6 THAT WAS CONNECTED TO MY PAST RECORD ABBIE HAD THEM TO EXAGGERATE THEIR TESTIMONIE'S ETC!!!

I LOST ALL MY FRIEND'S AND SUPPORT FROM THE EXAGGERATED NEWS MEDI AND REVIEW JOURNAL NEWS PAPER REPORT'S,THAT WAS MOSTLY ALL LIE'S!!!

[2]
I CAN ONLY SAY THAT THE PD'S THAT WAS & ARE STILL INVOLVED IN MY CASE,HAVE NOT REPRESENTED ME FAIRLY,AND I BELIEVE THAT THEY ARE NOT DOING THEIR JOB REPRESENTING ME ON MY APPEAL AT HAND!!!THEY WILL NOT ANSWER ANY OF MY LEGAL REQUEST,NOR REPLY TO ANY OF MY LETTER'S TO THEM,I DONT KNOW WHAT THE STATUS OF MY APPEAL IS TO THIS DATE!!!
I WILL SAY THAT THEY ALLOWED THE THE DA'S IN MY CASE TO GET AWAY WITH EVERYTHING,AND I BELIEVE THAT THEY CONSPIRED WITH THE DA'S ABBIE SILVER,AND CHRISTOPHER LAURENT IN ALL THE ABOVE ACTION'S!!!

THE PD'S NAME'S ARE ASSISTANT CLARK COUNTY PUBLIC DEFENDER RALPH E.BAKER & JEFF RUE,DEPUTY PD,AND APPEAL PD'S HOWARD S.BROOKS,AND DEPUTY PUBLIC DEFENDER CRAIG D.CREEL.

[3] JUDGE JOHN S.MCGROARTY,IS IN FACT AN OLD FRIEND OF STEVE WYNN AND I HAD MET MCGROARTY IN ONE OF STEVE'S UNDERGROUND NIGHT CLUBS BACK IN THE EARLY 1990's,BUT THE JUDGE THOUGHT I WOULD NOT REMEMBER HIM OR HE DID NOT REMEMBER ME,I KNOW PERSONAL CHARACTER TRAITS ABOUT HIM THAT ONLY I COULD OF FOUND OUT,IS BY MEETING HIM!!!

CONTINUED

***LEGAL BRIEF***

**PERSONAL POWERFUL FRIEND'S OF STEVE VICI,AKA,WYNN,DID IN FACT KNOW WHO I WAS DURING ALL THE COURT PROCEEDING'S ETC!!!**

**THESE POWERFUL FRIEND'S OF STEVE VICI,AKA,WYNN,ARE ALL GUILTY OF THE FOLLOWING CHARGE'S!!!**

[1] TRANSGENDER LT.GOV.LORRAINE HUNT,WHO TRUE NAME IS LOREN HUNT, AND HE IS NOT A ITALIAN WOMEN AS HE HAS CLAIMED TO HIS VOTER'S TO BE ELECTED INTO OFFICE!!!***HE IS A LITTLE INDIAN MAN,AND THAT HAS NO FACIAL HAIR,NOR BODY HAIR ON HIM,& THAT IS HOW HE GET'S AWAY WITH BEING A WOMEN SO WELL!!!***THE NAME HUNT IS HIS REAL INDIAN LAST NAME,AND HIS DECEASED INDIAN FAMILIE'S NAME!!!
I KNOW VERY DARK SECRET'S ABOUT LOREN HUNT,WHO I HAVE KNOWN SINCE APPROX.THE MIDDLE 1970's,AND STEVE KNOW'S WELL TOO!!!
LOREN HUNT CANNOT PAST A PHYSICAL TEST AS A WOMEN,HE STILL HAS ALL OF HIS MALE PRIVATE PART'S!!!

[2] MAYOR OSCAR GOODMAN IS ALONG TIME FRIEND OF STEVE VICI,AKA,WYNN,AND I HAVE MET HIM BEFORE IN THE PAST,APPROX 1996-7 AND THERE IS WITNESS'ES TO THE FACT!!!***STEVE WYNN PUT GOODMAN INTO OFFICE

[3] THE BINION'S ALL KNEW THE TRUTH DURING ALL COURT PROCEEDING'S OUR FATHER JULIAN VICI PUT BENNY BINION INTO BUSINESS AT THE HORSESHOE CASINO,JULIAN VICI NAME IS IN HIS IRS RECORD'S ETC!!! IVE MET TED BINION PERSONALLY,& I KNOW THAT HE TOLD THE REST OF THE FAMILY OF BINION'S,BETTY & JACK BINION!!!***I KNOW PERSONAL FACTS ABOUT THE BINION FAMILY,THAT ONLY A INSIDE FAMILY FRIEND WOULD KNOW ETC!!!

[4]JACKIE GAUGHAN OF THE EL CORTEZ HOTEL & CASINO,OUR FATHER JULIAN DID IN FACT PUT INTO BUSINESS,& JULIAN VICI NAME CAN BE FOUND IN JACKIE'S IRS RECORD'S AS THE FINANCIAL BACKER!!!***I KNOW PERSONAL INFO ABOUT JACKIE GAUGHEN THAT ONLY I COULD KNOW BY HIM TELLING ME ETC!!!

ALL OF THE ABOVE NAME'S ARE GUILTY OF OMISSION,ACCESSORY,PERJURY, GRAFT,AND SINCE THEY DID NOT TELL THE TRUTH TO INVESTIGATOR'S,THEY ARE ACCOMPLICE'ES IN THE CONSPIRACY AGAINST ME,AT THE BEHEST OF STEVE VICI,AKA WYNN,AND TO COVER FOR & HIDE ALL THEIR SECRET'S

**I SWEAR ALL THE ABOVE INFO IS IN DEED THE ENTIRE TRUTH,& THAT I CAN AND WILL PROVE ALL OF IT BEYOND A PREPONDERANCE OF EVIDENCE!**

DATED THIS 31st, DAY OF JULY,2005

Plaintiff's Sworned Signature _[signature: Jerald E. Phillips]_

***NOTE***
LEGAL MOTION'S & ALLEGATION'S OF A PRO SE LITIGANT'S ARE HELD TO LESS STRINGENT STANDARD'S THAN FORMAL PLEAINGS DRAFTED BY LAWYERS **HAINES V. KERNER**,404 U.S.519 520[1972][PER CURIAM]
I WOULD LIKE TO CONFER WITH A PRIVATE COURT APPOINTED ATTORNEY BEFORE MAKING THE ABOVE NAME'S OFFICIAL IN THIS SUIT OR A SEPARAT- SUIT?I LEFT OUT THE ONE'S THAT I WAS NOT SURE THAT I COULD PROVE A CONNECTION TO THE CONSPIRACY ETC!!! SUCH AS X-BANKER E. PARRY THOMAS!!!

IS EMPLOYED AS_____ at _____.
            (Position and Title if Any)      (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____

_____

_____

6. NAME OF FOURTH DEFENDANT_____
   (If applicable)

IS A CITIZEN OF_____
                   (city and State)

IS EMPLOYED AS_____ at _____.
            (Position and Title if Any)      (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____

_____

_____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem. **My True Half Brother,& that any honest DNA comparison test WILL PROVE OUR BLOOD RELATIONSHIP AS HALF BROTHER'S!Mr.Stephen Wynn** did in fact rob me of my $50,000,000 inheritance when I came for it in 1971,by threat's to harm me,& my Phillips family if I pursued it!
Continued

Our La Cosa Nostra,Mafia Father,Mr Julian Vici,and who was the Financial Backer[Billionaire] of most of the Original Las Vegas Casino's,Proof in Steve's IRS Record's,and the late Benny Binion of the HorseShoe Casino,& Present Day Jackie Gaughan of the EL CORTEZ Casino.Julian Vici name can be found in their IRS Record's!!!
Due to many strange event's since our father was killed in approx.1960 and when I found out about the inheritance in 1971,and Steve threaten me,and my Phillips family,I have never collected my share of the inher- $100,000,000. But Steve has been trying to have me killed ever since 1971!!!*My head cleared up while in prison in Texas,in 1999,and I also found out that I was HIV,AT THE SAME TIME APPROX.SO I DECIDED TO COME AFTER WHAT IS MINE,& STEVE DENIED KNOWING ME!STEVE CORRUPTED THE LAS VEGAS,SO CALLED JUSTICE SYSTEM,THRU HIS POWER,& INFLUENCE TO FRAUDULENTLY CHARGE ME,&CONVICT ME IN A KANGAROO COURT ETC!!!

### C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: INHERITANCE THEFT OF $50,000,000.

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   Stephen A.Wynn,My half brother robbed me of my share of $100,000,000. Inheritance money,left to us to be split equally by our father Mr.Julian Vici,Aka,Mike Weinberg,killed approx.1960 The Will that Steve has now,STATE'S THAT ANNIE RUTH GAZAWAY'S OFFSPRING OF HIS[Julian Vici] IS TO GET ONE HALF OF THE $100 MILLION AND THE OPPORTUNITY TO JOIN IN ON ALL OF THE VICI FAMILY CASINO BUSINESS'ES,OR JUST TAKE THE $50 MILLION SHARE AND GO MY WAY ETC!! STEVE PUT A BIG WHITE PEARL HANDLE GUN TO MY FACE IN 1971,AND TOLD ME TO GET MY LITTLE BASTARD ASS BACK TO WHERE I CAME FROM,THAT THEY WAS MAFIA OUT HERE,& HE WOULD KILL ME,& MY MOTHER,ASWELL AS PRETTY DOG THAT I HAD WITH ME WHEN I FIRST CAME FOR MY SHARE IN 1971!!! DUE TO THE ABOVE,& MANY OTHER INCIDENT'S,& COINCIDENCE'ES I HAVE NEVER COLLECTED MY INHERITANCE SHARE FROM STEVE VICI,Aka.WYNN!!! STEVE'S IRS RECORD'S WILL SHOW,&PROVE THAT HE IS A LIAR ABOUT BEING A SELF MADE BILLIONAIRE,& PROVE THAT HE INHERITED $100 MILLION IN THE EARLY 1960's FROM OUR FATHER JULIAN VICI!!!***A DNA COMPARISON TEST **WILL PROVE OUR BLOOD BROTHER RELATIONSHIP,& WITH OUT A DOUBT**!!!

   b. (1) Count II: FALSE CHARGING & FRAUDULENT CONVICTION'S,PERJURY!!!

   BY CORRUPTION OF PUBLIC COURT OFFICIAL'S,KANGAROO COURT!!!

   (2) Supporting Facts: Stephen A.Wynn,Did In Fact Commit Perjury to the Grand Jury to have me Indicted on Extortion Charge's,which added up to Stalking etc! Steve swore that he did not know me,and that his name was not Vici,and Steve testified as the Prosecutions Key Witness,TESTIFIED & he had never heard of the name Vici,and that his father was name Mike Weinberg!!!
   Plus Steve testified that he had never met me,or knew who I was etc!!!

CONTINUED

STEVE'S IRS RECORD'S,BENNY BINION'S IRS RECORD'S,& JACKIE GAUGHAN IRS RECORD'S WILL PROVE HE A VICI!STEVE ALSO TESTIFIED THAT HIS F-ATHER DIED BROKE,AND HE IS A SELF MADE BILLIONAIRE!!!STEVE'S & THE ABOVE NAME'S IRS RECORD'S WILL PROVE STEVE COMMITTED PERJURY ALL THE WAY & TOO HAVE ME INDICTED FRAUDULENTLY,ON PERJURY & CONVICTED ON PERJURY!!!I HAVE THE GRAND JURY INDICTMENT AS EVIDENCE!!!

Evidence that I HAVE FORCED TO THE SURFACE & SINCE MY ILLEGAL IMP-RISONMENT WILL PROVE THAT STEVE COMMITTED PERJURY TO FRAUDULENTLY IMPRISON ME!!!THE NEW DA'S DAVID J.ROGER CAN VERIFY THIS NOW!!!
I WAS FRAUDULENTLY CHARGED WITH EXTORTION & STALKING,& BECAUSE STEVE CLAIMED THAT I WAS NOT HIS BROTHER,WHEN I WAS ONLY CONTESTING A WILL!!!

c. (1) Count III: NO COUNT 3

(2) Supporting Facts:

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

Since I was approx.16 teen yrs of age,and came for my mo-ney,inheritance,I have been tormented Mentally,& PHYSICALLY by my half brother Steve Vici,Aka.Wynn!!!Steve put the Mafia on my trai-l,TOO HAVE ME KILLED,BECAUSE OF HIS PARANOIA,OF ME EXPOSING HIM!!
I WAS ROBBED OF A RICH LIFE,AND SO WAS MY DEAR DECEASED SWEET MO-ther,ANNIE RUTH [MAIDEN NAME GAZAWAY] PHILLIPS,PLUS ALL MY LOVE ONE'S THAT I COULD OF HELPED LIVE ALOT BETTER LIFE,INSTEAD OF THE LIFE OF VERY MUCH POVERTY!!!***I HAVE ALSO LOST THE LAST 4 YRS OF MY LIFE IN PRISON NOW,DOING TIME FOR SOMETHING THAT I DID NOT DO!
IVE LOST ALL OF MY FRIEND'S,& FROM LIE'S IN THE NEW'S MEDIA ABOUT ME,MY CASE,AND I HAVE BEEN HUMILIATED TOO THE MAX IN EVERY WAY!!!
I WAS PUT THRU HELL,IN A MENTAL INSTITUTION FOR APPROX 6 MOS,AND PUT ON PSYCHE DRUG'S FOR OVER A YEAR,AND THAT I DID NOT NEED,BEC-AUSE OF STEVE'S LIE'S,CLAIM'S THAT I WAS DELUSIONAL!!!LAUGHED AT BY ALL THE PUBLIC,AND AS I SAID HUMILIATED TO THE MAX IN EVERY POSSIBLE WAY,FOR THE LAST 4 YEAR'S ETC!!!

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES

xxx / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

a. Parties to previous lawsuit:

   Plaintiff(s): DONALD EUGENE PHILLIPS

   Defendant(s): CLARK COUNTY, LVNV. SHERIFF JERRY KELLER
   "et al.

b. Name of court and case or docket number: U.S.C., District of Nev, DOC: CV-S-02-1096-LRH-PAL

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) NOT PENDING: DISMISSED WITHOUT PREJUDICE, AND BECAUSE I WAS ON FORCED PSYCHE DRUG'S, AND DID NOT KNOW WHAT I WAS DOING! RELIEF COULD NOT BE GRANTED!

d. ~~Issues raised~~: I FILED A APPEAL TO LATE THO, IN THE 9th Circut.
   Issues raised:
   FALSE IMPRISONMENT, AND BEING FRAMED AT THE BEHEST OF WYNN

   I ASK FOR MY RELEASE FROM JAIL, AS A RELIEF, & THE U.S.C.
   COULD NOT GRANT THAT, BECAUSE THE CASE WAS IN STATE COURT ETC!

e. When did you file the lawsuit? 08/21/2002 U.S.C., LVNV
   Date  Month  Year

f. When was it (will it be) decided? NOV, 20, 2002/appeal filed 3/3/03

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES_____ / NO xxx___. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

N/A  THIS IS A PERSONAL, PRIVATE SUIT:

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief: MY ORIGINAL $50 MILLION OF MY SHARE OF THE $100 MILLION INHERITANCE MONEY THAT WAS ENTRUSTED TO STEVE VICI,Aka.WYNN TO BE SPLIT EQUALLY WITH ME,AND SINCE HE ROBBED ME FOR IT!!!I BELIEVE THAT IM ENTITLE TO A $100 MILLION START ASWELL,PLUS BANK INTEREST FOR THE L-AST 35 TO 45 YEARS ETC!!!***PLUS A LIFE TIME OF PUNITIVE DAM-AGE'S!!!*WHICH I WILL ROUND OFF TO A ***HALF BILLION DOLLAR'S!!! ***NOTE* STEVE WYNN'S NET WORTH IS APPROX.$ 2 BILLION NOW!!! ***PLUS STEVE HAS HIS BUSINESS'ES,& A $2½ BILLION DOLLAR'S NEW HOTEL & CASINO,MEGA RESORT,WYNN LAS VEGAS!!!$$$$$$$$$$$$$$$$

***I WANT WHAT IM DUE IN RELIEF $500.000,000.***

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  ELY STATE PRISON,NEV  on  7- 31-05  20 05.
                 (Location)                    (Date)

_Donald E. Phillips / Donald E. Julian Vici Jr._
Signature

Re:Donald E.Phillips
ID#78497/U-2B-44
E.S.P./P.O.Box#1989
Ely,NV 89301

Refer:CLARK COUNTY LVNV
D.C.#177173X
NEV.SUPREME COURT
APPEAL,#42177

UNITED STATES D.C.,
DISTRICT OF UTAH
CLERK,U.S.DISTRICT COURT          Date:5--2-05
350 S.Main St,
Salt Lake City,Utah 84101

Honorable U.S.C.,Clerk:

I am seeking to file a Civilsuit,that involve's alot of VERY POW-
ERFUL PEOPLE IN THE STATE OF NEVADA!

Because of their Judicial System Influence in the State Of Nevada
and Socializing amounst each other,AS CRONIE'S,in Carson City,Nev
and mainly in Las Vegas,Nevada,where the Civilsuit center's,I am
seeking to Initially File this Valid,& Provable Civilsuit in anot
her State,Preferably Salt Lake City,Utah!?

I wish the U.S.District Clerk,of Salt Lake City,Utah,Would please
direct this letter,and AS A MOTION,TO THE HONORABLE U.S.C.,JUDGE
OR MAGISTRATE,which ever are appropriate,and if I need permission

Motion for Permission to file A LOCAL * STATE OF NEVADA CIVILSUIT
IN THE STATE OF UTAH,BECAUSE OF PREJUDICE IN THE STATE OF NEVADA

Honorable U.S.C.,Judge,Magistrate,and Clerk:

To explain briefly the Civilsuit,and to name 3 of the powerful p-
eople that Im speaking of,and out of the 13 teen defendant's & 6 co
unt civilsuit that Im filing on these corrupted Public Officials,
I submit the following statement.

I am filing on my truly half brother,Aka,Stephen A.Wynn,Steve Wyn
n,of WYNN RESORT'S! Agent of State Official's,my half brother Ste
ve Wynn,who's true name is Romeo Vici in short english version of
his very long Italian name,Did In Fact Orchestrate,& Finance A C-
ONSPIRACY TO FRAUDULENTLY CHARGE,& CONVICT DONALD EUGENE JULIAN
VICI JR.AKA,DONALD E.PHILLIPS&BY CORRUPTION OF PUBLIC OFFICIAL'S!
Steve Wynn is known as the most powerful man in the State of Nev.
My brother Steve Wynn,which ANY DNA test would prove without a d-
oubt my claim to our relationship,blood wise,that we are in fact
true blood brother's,and two of the son's of Julian Vici,Aka Mike
Weinberg,who is deceased,and was A BILLIONAIRE AT HIS DEATH,IN A-
PPROX.1960!Julian Vici was in fact the Billionaire Financial Back
er of the Late Benny Binion,Binion's HorseShoe Hotel & Casino,as-
well as Present Day Billionaire Jackie Gaughan,of the EL CORTEZ
Hotel & Casino,plus other properties!Proof is in IRS RECORD'S OF

CONTINUED

BOTH,Benny Binion's & Jackie Gaughan's IRS record's today! Mr.Julain Vici name can be found in the above's IRS record's and alot more of the Original Las Vegas,Nev Old Casino's that was built be fore approx. 1960!

Our Arguement,Steve Wynn & I,has been over a Great Inheritance of our share of Julian Vici Great Fortune that Julian left to be Equally Split between Steve & I,but due to my mother Annie Ruth Gazaway,becoming afraid of Julian Vici for many reason's,she ran off in hiding from Julian during her pregnancy with me,and went back to her deceased husband name,and who was Jim Phillips,died 1949!I was borned out of weddlock in 1954,fathered by Julian Vici,and who left a WILL that Steve has,but had the public record of the WILL DESTROYED,AND THE WILL STATED THAT WHEN ANNIE RUTH GAZAWAY OFFSPRING OF JULIAN VICI CAME FORWARD,THAT ROMEO VICI WAS TO SPLIT EQUALLY THE SUM OF $100 MILLION DOLLAR'S IN CASH INHERITANCE & THE OPPORTUNITY TO JOIN IN ON ALL OF JULIAN VICI BUSINESS'ES OR TAKE MY $ 50 MILLION && GO MY WAY!!!*PROOF IN STEVE'S IRS RECORD'S TOO

I found out about my share of the inheritance in 1971,and from our  Great Actor Grandfather,who is also deceased now,and was Don Ameche,who changed his name from Vici to Amici,and because he did not want to be associated to his Gangster Son Julian Vici!Don Ameche forged himself a Birth Certificate under the name of Don Amici,and made himself 10 years younger while he was at it.As Grand father said 10 years younger did not hurt his acting career at all! Plus he made himself a U.S. CITIZEN,BY CLAIMING HIS BIRTH IN THE UNITED STATE'S!!!PROOF IN THE COMPUTER UNDER DON AMECHE,BORN IN THE MID WEST SOMEWHERE I FORGET,BUT UNDER DON AMICI 1912!!!
Don Ameche was dirrived from Amici,and by his fan's over the yrs! Granddad thought he was dying in 1971 and made A Nation Outcry for me,and on a National TV TalkShow,telling all about his lost grandson in the south,that Julian had learned of thru mutual friends of mother's & his,and that Julian told Granddad about before his death! Granddad felt responsible for me being left in the south & without a father,that is why Granddad came on National TV telling all about my Inheritance & Heritage!!!But he did not die until the late 1980's!!! CONPLICATED STORY,I KNOW!!!

To sum this statement up,Beside the District COURT OFFICIAL's that all knew I was Steve's blood brother,and at the time Steve committed Perjury to have me Indicted,aswell as the Key Witness at my trial,Steve gave testimony that he did not know me,and that I was Stalking Him,and trying to extort him.When all the letter's that I wrote Steve,and was charged for individually,Stated the word's,I want my share of Our father's $100 Million Inheritance,he left us two to split,as Julian other kid's & our half sibling's got $50 Million each!**Steve was the oldest & most trusted by Julian! Steve kept my share,and threaten me & my family in 1971 when I came for my share! Since then approx,44 years,Steve has committed many criminal act's against me & other's over the stealing of my share of the Original $100 Million Dollar's Inheritance,and denied knowing me since,except in his Circle Of Crooked friend's,that include Lt,Gov.Lorraine Hunt & Mayor Oscar Goodman,who both knew who I was at the time of me being framed,and by the corrupted Court Official's that engaged in corruption,to keep Steve's secret's

CONTINUED

The documentary that you see on A&E about Steve Wynn,are fabricate lie's,that I can also prove,and was made to cover his stealing of my share of the inheritance,and designed to give Steve all the credit as a self made man! It is one incredible success story,I will say that,from BUS BOY TO BILLIONAIRE DEVELOPER,BUT I WOULD NOT BELIEVE IT,IF I DID NOT KNOW THE TRUTH!!!

                         RESPECTFULLY & SINCERELY,
                         Mr.Donald E.Julian Vici Jr.

P.S.,Oh please send me your Utah State Civilsuit Form's,the complete package,with instruction's & Forma Pauperis?

*Donald E. Phillips*

*True name, Don Vici  5-2-05*

*Thank you*
*\* Oh yes I was Denied DNA comparison during my trial proceeding, but I've proven he is my brother already! Or I should say Exposed Them.*

***NOTE*** I MUST OF STIRRED SOMETHING UP,BECAUSE I FOUND OUT THAT MY APPEAL IS IN FULL COURT,EN BANC,HUH!!!???


***NOTE*** I AM IN A LOCK DOWN CELL STATUS FOR MY PROTECTION ETC!
I DO NOT HAVE VERY GOOD ACCESS TO LEGAL RESEARCH,AND IT IS VERY
DIFFICULT TO GET THE CORRECT INFO FROM THESE LAW CLERK'S ETC!!!
I HAVE TO KITE THEM FOR INFO AND THEY ALWAY'S SEND ME THE WRONG
LEGAL INFO BACK ETC!!!

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET    AUG 04 2005

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**U.S. DISTRICT COURT**

**FILED**
**U.S. DISTRICT COURT**
**2005 AUG -9  P 12: 02**
**DISTRICT OF UTAH**
**BY:_____**
**DEPUTY CLERK**

## I. (a) PLAINTIFFS
Phillips Donald E.
Aka.Vici Julian Donald Eugene Jr.

## DEFENDANTS
Wynn Stephen A.
Aka.Vici Romeo Steve

(b) County of Residence of First Listed Plaintiff   White Pines
(EXCEPT IN U.S. PLAINTIFF CASES)   Ely, NV 89103

County of Residence of First Listed Defendant   Clark County LVNV.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Initially Pro Se Litigant
Motion To Appoint Counsel Enclosed

Attorneys (If Known)   Unknown At Present

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |   | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☒ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | LABOR / SOCIAL SECURITY | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |   | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |   | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: |   | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |   | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |   |   | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |   |   | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |   |   | ☐ 950 Constitutionality of State Statutes |
|   | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition |   |   |   |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): *I NEED APP-
Unknown Statue For Private Suit, Research Unavailable, COUNSEL ADV
Brief description of cause:    *CONSPIRACY*
INHERITANCE THEFT, FALSE CHARGING & IMPRISONMENT THRU FRAUD, PERJURY

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ HALF BILLION  $500,000,000.
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE  7-31-05       SIGNATURE OF ATTORNEY OF RECORD   Pro Se, Donald E. Phillips, Aka. M. Donald E. Julian Vici Jr.

FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYIN_____

Judge Tena Campbell
DECK TYPE: Civil
DATE STAMP: 08/09/2005 @ 12:17:36
CASE NUMBER:  2:05CV00666  TC